# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-50733
Case Name: REILLY, DAVID CHARLES
Trustee Name: Robert S. Thomas II

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Robert S. Thomas II | $ 375.11 | $ 65.16 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

UST Form 101-7-TFR (9/1/2009)



09-50733-mss    Doc 30    FILED 10/07/10    ENTERED 10/07/10 11:46:54    Page 1 of 3

| | | |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,436.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation | $ 11,972.45 | $ 273.34 |
| 3 | Midland Credit Management, Inc. | $ 10,775.45 | $ 246.01 |
| 4 | Roundup Funding, LLC | $ 1,274.56 | $ 29.10 |
| 5 | Roundup Funding, LLC | $ 957.15 | $ 21.85 |
| 6 | Roundup Funding, LLC | $ 462.31 | $ 10.55 |
| 7 | CHASE BANK USA | $ 6,860.03 | $ 156.62 |
| 8 | Time Warner | $ 307.92 | $ 7.03 |
| 9 | COLUMBIA GAS OF OHIO | $ 242.56 | $ 5.54 |
| 10 | AMERICAN EXPRESS CENTURION BANK | $ 3,970.32 | $ 90.64 |
| 11 | Midwest Verizon Wireless | $ 218.51 | $ 4.99 |
| | Recovery Management | | |

UST Form 101-7-TFR (9/1/2009)

*ck # 115*
*receipt # 81830*

| 12 | Systems Corporation | $ 1,203.10 | $ 27.47 |
| 13 | Ohio Edison | $ 224.66 | $ 5.13 |
| 14 | RBS Citizens | $ 7,967.00 | $ 181.89 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                        Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                        Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**